May 20, 1976

M. P. No. 76-126. ANTHONY J. BOVE v. WOONSOCKET ZONING BOARD OF REVIEW. Petition for writ of certiorari denied. *Gunning, LaFazia & Gnys, Inc., Patricia Ryan Recupero*, for plaintiff-respondent. *Aram P. Jarret, Jr.*, Asst. City Solicitor, for defendant-petitioner.

M. P. No. 76-127. ANTHONY J. BOVE v. WOONSOCKET ZONING BOARD OF REVIEW. Petition for writ of certiorari is denied without prejudice. *Gunning, LaFazia & Gnys, Inc., Patricia Ryan Recupero*, for plaintiff-respondent. *Aram P. Jarret, Jr.*, Asst. City Solicitor, for defendant-petitioner.

M. P. No. 76-138. RAYMOND DELEO *et ux.* v. ZONING BOARD OF REVIEW OF THE TOWN OF BRISTOL. Petition for writ of certiorari is granted.

The parties are directed to brief and argue the issues, among other issues in the case, as to whether the auxiliary member of the Zoning Board was present at the hearing and decision of the Board, and, if so, what effect his presence would have on said decision. See *Bove* v. *Newport Bd. of Review*, 95 R. I. 197, 185 A.2d 751 (1962). *DeSimone, Del Sesto & Del Sesto, Bruce A. Leach*, for petitioners. *Emilio D. Iannuccillo*, Town Solicitor, for respondent.

M. P. No. 76-166. GARY A. LANGLOIS v. DIRECTOR OF THE DEPARTMENT OF EMPLOYMENT SECURITY *et al.* Petition for writ of certiorari is denied. See *Chaharyn* v. *Department of Employment Sec.*, 85 R. I. 75, 125 A.2d 241 (1956). *Lovett & Linder, Ltd., Stephen M. Rappoport*, for petitioner. *Louis Baruch Rubinstein, Charles H. McLaughlin*, for Department of Employment Security. *Irving J. Bilgor*, for Board of Review, respondents.

M. P. No. 76-178. FRANK G. MIRANDA v. ROBERT DeMELLO, CAROLE A. DeMELLO. Petition for writ of certiorari is denied.